UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                          :
                                                :   Case No. 06-53281
Lester Keith Richards                           :   Chapter 7
Nancy Lou Richards,                             :   Judge Hoffman
                                                :
        Debtors.                                :

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

        The attached check in the amount of $81.51 represents the total sum of unclaimed
and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a)
and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed
dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Advance America 135 North Church Street Spartanburg, SC   29306 | Claim 17 | $64.04 |
| Advance America 135 North Church Street Spartanburg, SC   29306 | 17 (Supp. Distribution) | $17.47 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $0 | $81.51 |

Dated: January 20, 2011                     /s/ Thomas McK. Hazlett
                                            Thomas McK. Hazlett, Case Trustee

cc:  U. S. Trustee

                        ###